IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08-0974-CV-W-GAF |
| GEORGE P. WILLIAMS; LORETTA H. ) | |
| WILLIAMS; L.G., L.C.; VIRGINIA L. ) | |
| HENDRICKS, and the STATE OF MISSOURI, ) | |
| ) | |
| Defendants. ) | |

ORDER CONFIRMING SALE
AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

Plaintiff United States of America has requested an Order confirming the sale of one (1) parcel of real property located at 9413 Ralston Avenue, Kansas City, in Jackson County, Missouri 64138 ("the Property") and directing the Clerk of Court to distribute sale proceeds.

IT IS THEREFORE ORDERED THAT the sale of the real property, identified as located at 9413 Ralston Avenue, Kansas City, in Jackson County, Missouri 64138 ("the Property") and legally described as follows:

> North 90' of Lot 4, Highview Estates, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof, and subject to easements reservations, restrictions and agreements if any, shown of record.

to Mohammad Ali Adnan Bayazad for the sum of $131,100.00 is HEREBY CONFIRMED. The IRS shall issue a deed for the property.

The proceeds of the sale shall be distributed as follows:

1. To PALS for the costs of the judicial sale in the amount of     $1,482.18

    Robert Brown, Property Appraisal & Liquidation Specialist
    PALS Group 2
    700 W. Capitol, Stop 5223
    Little Rock, AR 72201

2. To the United States Department of Treasury to be applied to George Williams' Unpaid federal income tax liabilities in the amount of     $64,808.91

    Michael J. Roessner
    Department of Justice, Tax Division, Office of Review
    P.O. Box 310
    Washington, DC 20044

3. To Loretta Williams in the amount of     $64,808.91

    Loretta Williams
    c/o DANIEL R. ZMIJEWSKI
    POLSINELLI SHUGHART
    700 West 47th Street, Suite 1000
    Kansas City, MO 64112-1802

                                        s/ Gary A. Fenner
                                        Gary A. Fenner, Judge
                                        United States District Court

DATED: June 3, 2010